IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | Criminal Number:   7:20-MJ-011-BP |
| | § | |
| GAVIN WESLEE BLAKE PERRY | § | |

**ORDER OF TEMPORARY DETENTION PENDING HEARING**

On March 26, 2020, the defendant appeared in person for an initial appearance in this case. The government appeared through the United States Attorney for the Northern District of Texas. The court advised the defendant of his rights and appointed Frank Trotter as counsel.

In accordance with Rule 46, Federal Rules of Criminal Procedure, and 18 U.S.C. § 3141, *et seq.*, the Court considered detention or release of the defendant. The Assistant United States Attorney has filed a motion to detain. Upon the government's motion, a detention[1] hearing and a preliminary hearing shall be on Wednesday, April 1, 2020, at 2:00 p.m.

It is further ordered that pending these hearings, the defendant shall be detained in the custody of the United States Marshal and produced for the hearings set forth above.

Signed March 30, 2020.

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE

---

[1] If not held immediately upon defendant's first appearance, the detention hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. Except for good cause, a continuance on motion of such person may not exceed five days, 18 U.S.C. Section 3142(f)(2).